# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PAUL MARAZAS | : No. 569 EAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (VITAS HEALTHCARE | : |
| CORPORATION) | : |
| | : |
| | : |
| | : |
| PETITION OF: VITAS HEALTHCARE | : |
| CORPORATION | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED**.